UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FABIOLA LOPEZ GARCIA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, ADELANTO DETENTION FACILITY, *et al.*,<br><br>Respondents. | Case No. 5:26-cv-00583-FLA (ACCV)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [DKT. 10]** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  Accordingly, the court ACCEPTS and ADOPTS the findings and recommendation of the Magistrate Judge.

The court, therefore, ORDERS that: (1) Judgment be ENTERED GRANTING the Petition; (2) a writ of *habeas corpus* be ISSUED requiring Petitioner's immediate release and prohibiting Petitioner's re-detention absent a hearing before an Immigration Judge, during which Respondents must justify Petitioner's detention by clear and convincing evidence; and (3) Respondents shall file a status report within 1 business day of Petitioner's release, attesting to their compliance with this Order.

IT IS SO ORDERED

Dated: May 18, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

2