JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NANCY FABIOLA LOPEZ GARCIA,

Petitioner,

v.

WARDEN, ADELANTO DETENTION FACILITY, *et al.*,

Respondents.

Case No. 5:26-cv-00583-FLA (ACCV)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is GRANTED, with no further proceedings, consistent with the reasons and findings set forth in the March 31, 2026 Report and Recommendation of the United States Magistrate Judge (Dkt. 10).

Dated: May 18, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

1